UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14107-CIV-MARRA/MAYNARD

BRADLEY BATZ,

    Plaintiff,

vs.

CITY OF SEBRING,

    Defendant.
_____/

## FINAL JUDGMENT

In accordance with the Court's Order and Opinion on Motion for Summary Judgment dated March 21, 2019, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment be and the same is hereby ENTERED in favor of Defendant City of Sebring.  Plaintiff shall take nothing from this action.  All pending motions not otherwise ruled upon are denied as moot and this case is CLOSED.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of March, 2019.

                                              _____
                                              KENNETH A. MARRA
                                              United States District Judge